UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD C. STROHMAIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO VA,<br><br>　　　　　Defendant. | No. 1:21-cv-01746-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(Doc. Nos. 2, 3) |

　　　　Plaintiff Bradford C. Strohmaier is proceeding *pro se* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 10, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff not be allowed to proceed *in forma pauperis* and instead be directed to pay the required filing fee in full if he wishes to proceed with this action because he can afford to pay the filing fee. (Doc. No. 3.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one days from the date of service. (*Id.* at 2.) Plaintiff has not filed objections or any other

1

response to the findings and recommendations and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 10, 2021 (Doc. No. 3) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Within thirty (30) days from the date of service of this order, plaintiff is required to pay in full the $402.00 filing fee for this action;
4. Plaintiff's failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice; and
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 25, 2022**

UNITED STATES DISTRICT JUDGE