UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD C. STROHMAIER,<br><br>            Plaintiff,<br><br>      v.<br><br>FRESNO VA,<br><br>            Defendant. | Case No.: 1:21-cv-01746 JLT EPG<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

On January 26, 2022, the Court ordered Plaintiff to pay the $402.00 filing fee in full within thirty days. (Doc. 5.) At that time, Plaintiff was also warned that "failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice." (*Id.* at 2.) Despite this warning, Plaintiff has not paid the filing fee and the matter cannot proceed at this time. Accordingly, the Court **ORDERS**:

   1. The action is **DISMISSED** without prejudice; and
   2. The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

   Dated:   **March 14, 2022**

UNITED STATES DISTRICT JUDGE